IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHARON COLLIER                                                                    PLAINTIFF

VERSUS                                             CIVIL ACTION NO. 1:07cv-56-SA-JAD

STARKVILLE SCHOOL DISTRICT
AND KATHI WILSON                                                              DEFENDANTS

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS DAY, this Court has before it a proposed Agreed Order of Dismissal with prejudice by reason of consummated settlement and the Court, therefore finds as follows:

**IT IS THEREFORE ORDERED:**

1.   that this action be and the same is hereby dismissed with prejudice;

2.   that each party hereto be and is charged with all their costs incurred by each party.

This the 23rd day of October, 2008.

                                                          **/s/ Sharion Aycock**
                                                          **U.S. DISTRICT COURT JUDGE**